AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:03CR00195-001 DAE  Judgment - Page 3 of 7
DEFENDANT: RYAN YOSHIO KITAURA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of EIGHT (8) MONTHS.

This term consists of EIGHT (8) MONTHS as to each of Counts 1 and 3, such terms to run concurrently.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at 4 o'clock and 15 min. P M
SUE BEITIA, CLERK

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __11-30-06__ to __FDC Honolulu__
at __Honolulu, HI__, with a certified copy of this judgment.

John T. Rothman
WARDEN  ~~UNITED STATES MARSHAL~~

By  W. Tsai
LIE  ~~Deputy U.S. Marshal~~