PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# United States District Court

### for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: RYAN YOSHIO KITAURA        Case Number:  CR 03-00195DAE-01

Name of Sentencing Judicial Officer:    The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence:  9/13/2004

Original Offense:    Count 1:  UNAUTHORIZED CONTROL OF A PROPELLED
VEHICLE, in violation of Hawaii Revised Statutes (HRS)
§§ 708-836, and 18 U.S.C. § 13, a Class C felony

Count 3:  UNLAWFULLY ENTERING A MOTOR VEHICLE WITH
INTENT TO COMMIT A CRIME, in violation of Hawaii Revised
Statutes (HRS) §§ 708-836.5, and 18 U.S.C. §§ 13 and 2, a
Class D felony

Original Sentence:    Eight (8) months imprisonment followed by three (3) years of
supervised release, as to both counts with such terms to run
concurrently, and with the following special conditions:  1) That the
defendant shall participate in a substance abuse program, which
may include drug testing at the discretion and direction of the
Probation Office; and 2) That the defendant provide the Probation
Office access to any requested financial information.

Type of Supervision:  Supervised Release    Date Supervision Commenced: 7/16/2007

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

Mandatory Condition:          *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

## CAUSE

On 7/16/2007, the subject began his term of supervision under the U.S. Probation Office, District of Hawaii. During his processing, the subject was referred for substance abuse treatment and random drug testing at Hina Mauka, Waipahu, Hawaii. Despite actively participating in all modules of treatment, the subject failed to submit to drug testing on 7/5/2008. The subject subsequently reported to the U.S. Probation Office and submitted a urine specimen that tested negative for illicit substances. He then apologized for his irresponsible behavior and agreed to comply with all treatment requirements.

Pursuant to *United States vs. Stephens*, the Violent Crimes Control Act (VCCA) testing condition imposed at sentencing limits the Probation Office to three non-treatment related drug tests. In order to ensure that the subject does not reinvolve himself in substance abuse, the recommended modification of his VCCA condition will enable the Probation Office to monitor the subject throughout his term of supervision. The subject has consented to the modification of his VCCA condition.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject also agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

3

subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 7/15/2008

THE COURT ORDERS:

[X ]    The Modification of Conditions as Noted Above
[  ]    Other

DAVID ALAN EZRA
U.S. District Judge

7/24/08

Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]     To extend the term of supervision for  years, for a total term of  years.
[ X ]   To modify the conditions of supervision as follows:

Mandatory Condition:        That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.


Witness: _____        Signed: _____
              CARTER A. LEE                                                    RYAN Y. KITAURA
          U.S. Probation Officer                                          Supervised Releasee

                              _____
                                        7/9/08
                                         Date